# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| ASHLEY OLLIFF, individually and on behalf of all those similarly situated, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:15-CV-04206-ELR |
| NEA-BBQ, LLC d/b/a SONNY'S BBQ, | * * | |
| Defendant. | * * | |

## ORDER

Presently before the Court is Defendant's Motion to Dismiss Counterclaim Without Prejudice. (Doc. No. 14.) Upon consideration, the Court **GRANTS** Defendant's motion and **DISMISSES** Defendant's counterclaim **WITHOUT PREJUDICE**.

**SO ORDERED**, this 11th day of April, 2016.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia