# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ASHLEY OLLIFF, individually and on behalf of all those similarly situated, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:15-CV-04206-ELR |
| NEA-BBQ, LLC d/b/a SONNY'S BBQ, | * * | |
| Defendant. | * * | |

# ORDER

Presently before the Court is the parties' Second Joint Motion for Approval of Settlement Agreement. (Doc. No. 25.) Significantly, Plaintiff's claims arise under the Fair Labor Standards Act ("FLSA"). The FLSA was enacted in 1938 for the purpose of "protect[ing] all covered workers from substandard wages and oppressive working conditions." Christopher v. SmithKline Beecham Corp., 132 S. Ct. 2156, 2162 (2012) (quoting Barrentine v. Arkansas-Best Freight Sys., 450 U.S. 728, 739 (1981)) (internal quotation marks omitted). Taking into account the disparity of bargaining power that often exists between employers and their employees, Congress made the FLSA's wage and hour limitations mandatory.

this action. Although Defendant denies Plaintiff's allegations of wrongdoing, the Parties engaged in an arms-length settlement negotiation and eventually agreed upon terms to resolve this dispute.

Accordingly, the Court **GRANTS** the Parties' Second Joint Motion for Approval of Settlement Agreement (Doc. No. 25) and **APPROVES** the Parties' Settlement Agreement. The Court further **DIRECTS** Plaintiff to file a Motion for Attorneys' Fees within **twenty-one (21) days** of the date of entry of this Order. Any response shall be due **fourteen (14) days** thereafter. Any reply shall be due **seven (7) days** following the filing of a response.

**SO ORDERED**, this 16th day of May, 2016.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

3