UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY OLLIFF,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEA-BBQ, LLC,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-4206-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Motions for Attorney's Fees, and the court having granted said motions, it is

**Ordered and adjudged** that Defendant pay $24,574.00 to Plaintiff's counsel within thirty (30) days.

Dated at Atlanta, Georgia this 12th day of October, 2016.

                                        JAMES N. HATTEN
                                        CLERK OF COURT


                                By:  s/ D. McGoldrick
                                     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    October 12, 2016
James N. Hatten
Clerk of Court


By:    s/ D. McGoldrick
            Deputy Clerk